# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:22-CV-21353-DPG

Plaintiff:
**VICTOR ARIZA,**

vs.

Defendant:
**SAZON CUBAN CUISINE, LLC,
a Florida limited liability company,**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 2nd day of May, 2022 at 4:00 pm to be served on **SAZON CUBAN CUISINE, LLC, a Florida limited liability company, c/o Registered Agent Neal I. Sklar, Esq., One Southeast Third Avenue, Suite 2000, Miami, FL 33131.**

I, NASSIM TAUIL, do hereby affirm that on the **24th day of May, 2022** at **8:20 pm**, I:

**SERVED the within named CORPORATION,** by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT "A", COMPOSITE EXHIBIT B, PRESERVATION LETTER** with the date and hour of service endorsed thereon by me to **Victoria Marquez** as **Restaurant Manager at 7305 Collins Avenue, Miami Beach, FL 33141 in compliance with Florida Statutes**

**Additional Information pertaining to this Service:**
5/12/2022  2:35 pm  Attempted service at One Southeast Third Avenue, Suite 2000, Miami, FL 33131, Peckar & Abramson Law Firm. Per receptionist, attorney Neal I. Sklar doesn't work with their firm anymore and nobody is authorized to accept service
5/24/2022  8:20 pm  Attempted service at 7305 Collins Avenue, Miami Beach, FL 33141, service obtained by serving Victoria Marquez. Restaurant Manager

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 130, Hair: Black, Glasses: Y

## RETURN OF SERVICE For 1:22-CV-21353-DPG

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

*[signature]*

**NASSIM TAUIL**
CPS#2105

**CIVIL PROCESS, LLC**
**7350 N.W. 77th Street**
**Medley, FL 33166**
**(305) 375-9111**

Our Job Serial Number: CPP-2022000566
Ref: Ariza v. Sazon Cuban Cuisine, LLC

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u