UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-21353-DPG

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SAZON CUBAN CUISINE, LLC,**
**a Florida limited liability company,**

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: July 22, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2022, a true and correct of the foregoing was electronically filed and served via e-mail counsel or parties of record on the Service List below:

Jesse I. Unruh, Esq.
SPIRE LAW LLC
2572 West State Road 426, Suite 2088
Oviedo, FL  32765
(407) 494-0135
jesse@spirelawfirm.com
filings@spirelawfirm.com

*Attorney for Defendant*
*SAZON CUBAN CUISINE, LLC*

                                                /s/ *Roderick V. Hannah*
                                                    Roderick V. Hannah